UNITED STATES of America,
Plaintiff–Appellee,

v.

Antonio ORTIZ, Defendant–Appellant.

No. 07–50007.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Nov. 13, 2007.*

Filed Nov. 26, 2007.

Valerie Chu, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Mahir T. Sherif, Esq., Law Offices of Mahir T. Sherif, San Diego, CA, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Antonio Ortiz appeals the conviction imposed, following a bench trial, for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Ortiz contends that the waiver of his right to counsel was not knowing, intelligent, or voluntary. We disagree. The record reflects that Ortiz unequivocally waived his right to counsel after the district court made him aware of "(1) the nature of the charges against him; (2) the possible penalties; and (3) the dangers and disadvantages of self-representation." *See*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*United States v. Farhad,* 190 F.3d 1097, 1099–100 (9th Cir.1999) (per curiam).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.